UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA CHILDS, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>SAN DIEGO FAMILY HOUSING, LLC, et al.,<br><br>  Defendants. | Case No.: 19-CV-2329-JM-SBC<br><br>**ORDER ON DEFENDANTS SAN DIEGO FAMILY HOUSING, LLC AND LINCOLN MILITARY PROPERTY MANAGEMENT, LP'S EX PARTE APPLICATION TO AMEND THE SCHEDULING ORDER SOLELY AS TO THE REBUTTAL REPORT OF DEFENDANTS' RETAINED EXPERT DR. JONATHAN CORREN** |

Before the Court is San Diego Family Housing, LLC and Lincoln Military Property Management, LP's (collectively "Defendants") *Ex Parte* Application to Amend the Scheduling Order Solely as to the Rebuttal Report of Defendants' Retained Expert Dr. Jonathan Corren ("Application"). (Doc. No. 121.) Defendants move *ex parte* for a continuance of two operative deadlines, namely the September 5, 2023, deadline to serve rebuttal expert reports and the October 13, 2023, expert discovery cutoff. The Application avers Defendants provided advance notice of their filing to Plaintiffs' counsel, consistent with Rule 83.3(g)(2) of this District's Civil Local Rules and Rule VIII of this Court's Civil Chambers Rule (*Id.*, 3:21-23.) To date, Plaintiffs have not filed a response to Defendants'

*Ex Parte* Application.

Defendants explain their retained rebuttal expert, Dr. Jonathan Corren, contracted COVID-19 in or around mid-August and, on August 30, 2023, informed Defendants he was unable to work on his rebuttal expert report during his recovery process. (*Id.*, 3:1-9.) On September 5, 2023, Dr. Corren reconnected with defense counsel to provide a status update on the rebuttal report. Dr. Corren shared "he had begun his rebuttal report but had a major relapse of the COVID-19 virus, which had left him bedridden and unable to complete the report by the deadline." (*Id.*, 3:14-18.) Importantly, the Application notes that, at the time of its filing, "it is unknown when Dr. Corren will feel well enough to complete his rebuttal report." (*Id.*, 3:19-20.) Given the instant circumstances, that there is no indication of Defendants' failure to engage in diligent expert discovery, and that Plaintiffs have not objected to the Application, the Court finds good cause underlies Defendants' continuance requests. Accordingly, the Court CONTINUES the September 5, 2023, deadline to serve expert rebuttal reports specifically to Defendants' rebuttal expert, Dr. Corren, to **Friday, September 29, 2023,** and CONTINUES the October 13, 2023, expert discovery cutoff to **Friday, October 27, 2023,** as to all Parties.

**IT IS SO ORDERED.**

Dated: September 18, 2023

Hon. Steve B. Chu
United States Magistrate Judge